

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-367-CV

RAIMUNDO VIEIRA AND JOAO BOSCO MONTEIRO        APPELLANTS

V.

MOTEL 6 OPERATING, L.P.        APPELLEE

----------

### FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellants' "Motion For Dismissal With Prejudice." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: October 2, 2008

---

[1] *See* Tex. R. App. P. 47.4.